**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-1354-VAP(DTBx)                              Date: January 27, 2011

Title:      THOMAS SEBASTIANI -v- CHASE HOME FINANCE LLC
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                 None Present
    Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

    None                                       None

PROCEEDINGS:     ORDER TO SHOW CAUSE FOR FAILURE TO SERVE
                 COMPLAINT WITHIN 120 DAYS (IN CHAMBERS)

    Plaintiff Thomas Sebastiani ("Plaintiff") filed this action on September 8, 2010. (Doc. No. 1 (Complaint).)  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days of filing the complaint.  Plaintiff accordingly was required to serve Defendant Chase Home Finance LLC ("Defendant") with the Complaint no later than January 6, 2011.  Plaintiff has not filed a proof of service of the Complaint.

    Where a "defendant is not served within 120 days after the complaint is filed,

MINUTES FORM 11                                 Initials of Deputy Clerk ___md___
CIVIL -- GEN                    Page 1

EDCV 10-01354 VAP(DTBx)
THOMAS SEBASTIANI v. CHASE HOME FINANCE LLC
MINUTE ORDER of January 27, 2011

the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action . . . ." Fed. R. Civ. P. 4(m). Thus, the Court orders Plaintiff to show cause, in writing, no later than February 9, 2011, why the Complaint should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**