**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEBASTIANI,<br><br>        Plaintiff,<br><br>   v.<br><br>CHASE HOME FINANCE, LLC,<br><br>        Defendant. | Case No. EDCV 10-01354 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 14, 2011

                                    VIRGINIA A. PHILLIPS
                                 United States District Judge